DAVID CHIU, State Bar #189542
City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4655
Facsimile:     (415) 554-4699
E-Mail:        tara.steeley@sfcityatty.org

Attorneys for Defendant
DEAN E. PRESTON, in his individual capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DYER REYNOLDS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEAN E. PRESTON, in his individual capacity,<br><br>    Defendant. | Case No. 3:22-cv-08408 WHO<br><br>**DEFENDANT DEAN E. PRESTON'S NOTICE OF APPEAL;**<br><br>**REPRESENTATION STATEMENT**<br><br>Trial Date:      None set. |

1  NOTICE IS HEREBY GIVEN that Defendant DEAN E. PRESTON, in his individual capacity (herein "Defendant"), hereby appeals to the United States Court of Appeals for the Ninth Circuit the Order on Motion to Dismiss, issued and entered on March 15, 2023 (ECF #22), in which the Court denied qualified immunity to Defendant.

Pursuant to Ninth Circuit Rule 3-2, attached is a Representation Statement that identifies all parties to the action, as well as their respective counsel.

Dated:  April 4, 2023

                              DAVID CHIU
                              City Attorney
                              WAYNE SNODGRASS
                              TARA M. STEELEY
                              Deputy City Attorneys

                              By:  s/Tara M. Steeley

                              TARA M. STEELEY
                              Attorneys for Defendant DEAN E. PRESTON, in his individual capacity

## REPRESENTATION STATEMENT

**Attorneys for Plaintiff SUSAN DYER REYNOLDS:**

HARMEET K. DHILLON
KARIN M. SWEIGART
JESSE D. FRANKLIN-MURDOCK
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
Email:       Harmeet@dhillonlaw.com
             KSweigart@dhillonlaw.com
             JFM@dhillonlaw.com

**Attorneys for Defendant DEAN E. PRESTON, in his individual capacity:**

DAVID CHIU
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-4655
Facsimile:   (415) 554-4699
E-Mail:      tara.steeley@sfcityatty.org