HARMEET K. DHILLON (SBN: 207873)
Harmeet@dhillonlaw.com
KARIN M. SWEIGART (SBN: 247462)
KSweigart@dhillonlaw.com
JESSE D. FRANKLIN-MURDOCK (SBN: 339034)
JFM@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
SUSAN DYER REYNOLDS

DAVID CHIU, State Bar #189542
City Attorney
WAYNE SNODGRASS, State Bar #148137
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4655
Facsimile:    (415) 554-4699
E-Mail:       tara.steeley@sfcityatty.org

Attorneys for Defendant
DEAN E. PRESTON, in his individual capacity

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DYER REYNOLDS, an individual,<br><br>               Plaintiff,<br><br>   vs.<br><br>DEAN E. PRESTON, in his individual capacity,<br><br>               Defendant. | Case Number: 3:22-cv-08408-WHO<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

Whereas, Plaintiff filed her First Amended Complaint on December 13, 2022;

Whereas, on March 15, 2023, the Court issued an Order on Motion to Dismiss granting in part and denying in part Defendant's motion to dismiss;

Whereas, on April 4, 2023, Defendant filed a Notice of Appeal regarding the Court's Order on Motion to Dismiss;

Whereas, on April 11, 2023, the parties filed a Joint Case Management Statement;

Whereas, on April 17, 2023, pursuant to stipulation, the Court issued an order staying the case and vacating the Case Management Conference set for April 18, 2023;

Whereas, on June 18, 2024, the Court of Appeals issued its Mandate regarding Defendant's appeal;

Whereas, on June 21, 2021, the Court set a Case Management Conference for July 16, 2024.

Whereas, pursuant to stipulation of the parties, the Court continued the Case Management Conference to August 13, 2024.

Whereas, the parties are engaged in good-faith discussions and agree that a further continuance of the Case Management Conference would promote judicial economy.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, pursuant to Civil L.R. 6-2, that the Initial Case Management Conference should be continued from August 13, 2024, until September 3, 2024 at 2:00 p.m., or at a date and time thereafter that is convenient for the Court. The parties' amended case management conference statement shall be due on August 27, 2024.

IT IS SO STIPULATED.

Dated:  August 2, 2024

                                            Harmeet K. Dhillon
                                            Karin M. Sweigart
                                            Jesse D. Franklin-Murdock
                                            DHILLON LAW GROUP INC.

                                      By: /s/ *Jesse D. Franklin-Murdock*
                                            JESSE D. FRANKLIN-MURDOCK

STIP. & PROP. ORD.
CASE NO. 3:22-cv-08408 WHO

Dated:  August 2, 2024

                                    Attorneys for Plaintiff SUSAN DYER REYNOLDS

DAVID CHIU
City Attorney
WAYNE SNODGRASS
TARA M. STEELEY
Deputy City Attorneys

By: **\*\*** /s/ *Tara M. Steeley*
     TARA M. STEELEY

Attorneys for Defendant DEAN E. PRESTON, in his individual capacity

\*\*Pursuant to GO 45, the electronic signature has obtained approval from these signatories.

**ORDER**

Upon considering the Stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

The Initial Case Management Conference in this action shall be continued from August 13, 2024, until September 3, 2024 at 2:00 p.m. The parties' amended case management conference statement shall be due on August 27, 2024.

Dated: __August 5, 2024__

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE