DAVID CHIU, State Bar #189542
City Attorney
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-4655
Facsimile:  (415) 554-4699
E-Mail:     tara.steeley@sfcityatty.org

Attorneys for Defendant
DEAN E. PRESTON, in his individual capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DYER REYNOLDS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>DEAN E. PRESTON, in his individual capacity,<br><br>    Defendant. | Case No. 3:22-cv-08408 WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL** |

**STIPULATION**

WHEREAS, Susan Dyer Reynolds filed suit demanding access for the Marina Times to Supervisor Dean Preston's Twitter (now X) account and seeking to hold Preston liable for damages and fees;

WHEREAS, the parties have agreed that there is no need for litigation to continue, and they therefore stipulate to dismissal of the case.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, pursuant to Civil L.R. 6-1(a), that:

1. The parties stipulate to a dismissal of the First Amended Complaint with prejudice.
2. Both sides will bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: August 23, 2024

DAVID CHIU
City Attorney
TARA M. STEELEY
Deputy City Attorney

By: s/Tara M. Steeley
TARA M. STEELEY

Attorneys for Defendant DEAN E. PRESTON, in his individual capacity

Dated: August 23, 2024

Harmeet K. Dhillon
Karin M. Sweigart
Jesse D. Franklin-Murdock
DHILLON LAW GROUP INC.

By: ** s/Jesse D. Franklin Murdock
JESSE D. FRANKLIN-MURDOCK

Attorneys for Plaintiff SUSAN DYER REYNOLDS

**Pursuant to GO 45, the electronic signature has obtained approval from these signatories.

### [~~PROPOSED~~] ORDER

Upon considering the Stipulation of the parties, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The First Amended Complaint is dismissed with prejudice.
2. Both sides will bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: August 23, 2024



The Honorable William H. Orrick
UNITED STATES DISTRICT COURT

STIP. AND ~~PROP.~~ ORDER RE DISMISSAL
CASE NO. 3:22-cv-08408 WHO

3